# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: THE REVOCABLE LIVING
TRUST OF CHRISTINE MCCORD
BURKETTE BONURA

NO.  2024 CW 0235

VERSUS

CLARENCE WILLIAM BURKETTE

**JUNE 25, 2024**

---

In Re:   Robert Fenet, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 650312.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

                              **PMc**
                              **CHH**
                              **SMM**

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
    FOR THE COURT